## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-417 (2)   (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Marco Anthony Ironi, | |
| Defendant. | |

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 22, 2006.  No objections have been filed to that Report and Recommendation by Defendant Ironi in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS ORDERED** that:

1. The Report and Recommendation (Doc. No. 46) is **ADOPTED**;

2. Defendant Ironi's Motion to Suppress Evidence (Doc. No. 33) is **DENIED**; and

3. Defendant Ironi's Motion to Suppress Statements (Doc. No. 31) is **DENIED AS MOOT**.

Dated: March 27, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge