# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-417 (2)   (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Marco Anthony Ironi, | |
| Defendant. | |

---

Defendant's Motion for Judgment of Acquittal Pursuant to Rule 29 (Doc. No. 84) is **DENIED**.

Dated: December 19, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge