# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-417 (2) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Marco Anthony Ironi, | |
| Defendant. | |

---

Defendant's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 115) is **GRANTED**.

Dated: December 11, 2007

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge